**Order entered October 25, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01103-CR

**HUBERT VAUGHN THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15-50706-86-F**

## ORDER

Appellant's brief was originally due April 14, 2017. Numerous extensions have been granted and this case has been abated for findings on why no brief has been filed. We have cautioned appellate counsel about the failure to file a brief, and in our August 23, 2017 order, we informed appellate counsel Lara Bracamonte that the failure to file a brief by October 7, 2017 would result in the Court removing her. To date, no brief has been filed.

Accordingly, we **ORDER** Lara Bracamonte removed as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit a supplemental record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Casey Blair, Presiding Judge, 86th Judicial District Court, to Lara Bracamonte, and to the Kaufman County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/ ADA BROWN
JUSTICE